UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Court File No. 07-CV-911 PAM/JSM

Halimo M. Nur,

        Plaintiff,

**ORDER OF DISMISSAL**

v.

**WITH PREJUDICE**

ZipSort, Inc.,

        Defendant.

---

Based upon the Stipulation of Dismissal With Prejudice filed in the above-entitled matter (ECF Document Number 16); **IT IS HEREBY ORDERED:**

That judgment shall be entered dismissing the above-entitled action on it merits and with prejudice, but without costs or disbursements to any party.  There being no just reason for delay, the Clerk of Court is hereby ordered to enter such judgment at this time.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  March 8, 2008        BY THE COURT:


                                          s/Paul A. Magnuson
                                          The Honorable Paul A. Magnuson
                                          Judge of U.S. District Court